11-19-2015

83,436-01

Tarrant County case number: #1247238
Tarrant county|writ no. C-213--010457-1247238-A
Court of Crim. App. Writ # WR-83,436-01

From: Brandon Chambers    #01864192
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

TO: Honorable Clerk of the Court of Criminal Appeals:

   **I humbly request**  to know on what date was my above said 11.07 Writ
of habeas corpus time filed stamped by the Clerk in Tarrant County.
Your Court has already denied my 11.07 without a written order on July
8th, 2015.  I simply need to know what date was it originally received
by the clerk of the trial court.  A time filed stamp should be on the
first page of it.  Please I pray send me that simple info A/S/.A/P.
Thankyou and God Bless.  **Enclosed is a self addressed stamped envelope
for your easy convenience in this urgent matter.  Thankyou and God Bless
You and the Court.**

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk